810

No. 101. GOLDLAWR, INC., v. HEIMAN ET AL. C. A. 2d Cir. Certiorari granted. *Edwin P. Rome* for petitioner. *Aaron Lipper* and *Richard B. Dannenberg* for Morgan Guaranty Trust Co. of N. Y., Executor, and *C. Russell Phillips, Gerald Schoenfeld, Bernard B. Jacobs, Aaron Lipper* and *C. Brewster Rhoads* for Select Operating Corp. et al., respondents.

No. 77. NATIONAL LABOR RELATIONS BOARD v. WALTON MANUFACTURING CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for petitioner. *Alexander E. Wilson, Jr.* and *Robert T. Thompson* for respondents.

No. 144. STATE BOARD OF INSURANCE ET AL. v. TODD SHIPYARDS CORP. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari granted. *Will Wilson,* Attorney General of Texas, and *C. K. Richards, Fred B. Werkenthin* and *Bob E. Shannon,* Assistant Attorneys General, for petitioners. *Frank A. Liddell* for respondent.

No. 187. CALIFORNIA v. FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *William M. Bennett* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., John C. Mason, Howard E. Wahrenbrock, Robert L. Russell* and *Arthur H. Fribourg* for the Federal Power Commission, and *Charles V. Shannon, Stanley M. Morley, Arthur H. Dean,* and *Stephen Rackow Kaye* for El Paso Natural Gas Co., respondents.